# UNITED STATES DISTRICT COURT
### for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

INFORMATION ASSOCIATED WITH INSTAGRAM USER ID [gfgf_lennykoss] THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC.

USAO#: 2022R03307

No. **22-03150MB**

**SEARCH WARRANT**

TO:  Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before    **6/6/2022**
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed and Sworn to telephonically.

**5/23/2022    12:22 p.m.**
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*

Hon. Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

I hereby attest and certify on May 23, 2022 that the foregoing document is a full, true and correct copy of the original file in my office and in my legal custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

BY    Carrie Ryan    DEPUTY

Search Warrant Return (Rev. 03/13)

# RETURN

Case No.: **22-03150MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

# NOT EXECUTED

☐   This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

ATTACHMENT

PROPERTY TO BE SEARCHED

This warrant applies to information associated with the Instagram profile with username: gfgf_lennykoss that is owned by Meta Platforms, Inc. and headquartered in Menlo Park, California.

PARTICULAR THINGS TO BE SEIZED

I. <u>Instagram, LLC Information to be disclosed by Meta Platforms, Inc.</u>

To the extent that the Instagram, LLC information described above is within the possession, custody, or control of Meta Platforms, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta Platforms, Inc. is required to disclose the following information to the government for each account listed above:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

b. All past and current usernames associated with the account;

c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e. All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g. All communications or other messages sent or received by the account from April 15, 2022 to May 17, 2022;

h. All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content from April 15, 2022 to May 17, 2022;

i. All photographs and images in the user gallery for the account from April 15, 2022 to May 17, 2022;

j. All location data associated with the account, including geotags from April 15, 2022 to May 17, 2022;

k. All data and information that has been deleted by the user from April 15, 2022 to May 17, 2022;

l. A list of all of the people that the user follows on Instagram and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;

m. A list of all users that the account has "unfollowed" or blocked;

n. All privacy and account settings;

o. All records of Instagram searches performed by the account, including all past searches saved by the account from April 15, 2022 to May 17, 2022;

p. All information about connections between the account and third-party websites and applications; and,

q. All records pertaining to communications between Instagram, LLC and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Meta Platforms, Inc. is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II. <u>Information to be seized by the government</u>

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. 875 (c) and 18 U.S.C. 930(e)(1) involving Lenny Koss since April 15, 2022, including, for each username identified on Attachment A, information pertaining to the following matters:

a. Threats to kill law enforcement officers, threats to kill others, and videos/pictures depicting dangerous weapons.

b.     Evidence indicating how and when the Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Instagram account owner;

c.     Evidence indicating the Instagram account owner's state of mind as it relates to the crime under investigation;

d.     The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

# UNITED STATES DISTRICT COURT
### for the District of Arizona

| | |
|---|---|
| *In the Matter of the Search of*<br>(Briefly describe the property to be searched or identify the person by name and address)<br><br>INFORMATION ASSOCIATED WITH INSTAGRAM LLC USER ID [gfgf_lennykoss] THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC.<br><br>USAO#: 2022R03307 | No.   **22-03150MB**<br><br>APPLICATION FOR<br>SEARCH WARRANT |

I, Charles Rowland, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☐ on the premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. §§ 875 (c) and 18 U.S.C. 930 (e)(1).

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Reviewed by AUSA Liza Granoff
*AUSA printed last name and inked initials*

*Digitally signed by Liza M. Granoff*
*Date: 2022.05.23 10:25:00 -07'00'*

Subscribed and Sworn to telephonically.

**5/23/2022**
*Date*

Tucson, Arizona
*City and State*

**CHARLES ROWLAND**
*Digitally signed by CHARLES ROWLAND*
*Date: 2022.05.23 10:35:12 -07'00'*
*Applicant's signature*

Charles Rowland, Senior Inspector
*Printed name and title*

*Leslie A. Bowman*
*Judge's signature*

Hon. Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

ATTACHMENT

PROPERTY TO BE SEARCHED

This warrant applies to information associated with the Instagram profile with username: gfgf_lennykoss that is owned by Meta Platforms, Inc. and headquartered in Menlo Park, California.

PARTICULAR THINGS TO BE SEIZED

I. <u>Instagram, LLC Information to be disclosed by Meta Platforms, Inc.</u>

To the extent that the Instagram, LLC information described above is within the possession, custody, or control of Meta Platforms, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta Platforms, Inc. is required to disclose the following information to the government for each account listed above:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

b. All past and current usernames associated with the account;

c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e. All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g. All communications or other messages sent or received by the account from April 15, 2022 to May 17, 2022;

    h.    All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content from April 15, 2022 to May 17, 2022;

    i.    All photographs and images in the user gallery for the account from April 15, 2022 to May 17, 2022;

    j.    All location data associated with the account, including geotags from April 15, 2022 to May 17, 2022;

    k.    All data and information that has been deleted by the user from April 15, 2022 to May 17, 2022;

    l.    A list of all of the people that the user follows on Instagram and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;

    m.    A list of all users that the account has "unfollowed" or blocked;

    n.    All privacy and account settings;

    o.    All records of Instagram searches performed by the account, including all past searches saved by the account from April 15, 2022 to May 17, 2022;

    p.    All information about connections between the account and third-party websites and applications; and,

    q.    All records pertaining to communications between Instagram, LLC and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Meta Platforms, Inc. is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II.    <u>Information to be seized by the government</u>

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. 875 (c) and 18 U.S.C. 930(e)(1) involving Lenny Koss since April 15, 2022, including, for each username identified on Attachment A, information pertaining to the following matters:

    a.    Threats to kill law enforcement officers, threats to kill others, and videos/pictures depicting dangerous weapons.

b. Evidence indicating how and when the Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Instagram account owner;

c. Evidence indicating the Instagram account owner's state of mind as it relates to the crime under investigation;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).