SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED  ☐ LODGED

**May 31 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: **22-03150MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05/23/2022 | 05/23/2022 | Warrant mailed to provider |

**INVENTORY MADE IN THE PRESENCE OF**
N/A

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Requested Meta Platforms, Inc. provide results by 06/06/2022.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 05/31/2022

*Charles Rowland*
Executing Officer's Signature

Charles Rowland, Senior Inspector
Printed Name and Title